■ HARRY KERNER, Appellant, v. ROBERT KALEKO et al., Respondents.— Motion by respondents to dismiss appeal, denied. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■ NICHOLAS W. KREWER, Appellant, v. WILLIAM A. COLAVELPE, Respondent.— Motion by appellant to stay the order appealed from, pending appeal, denied. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur. ·

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY ACCIARELLO, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy of the District Attorney. Appellant's time to perfect the appeal is enlarged to the October Term, beginning October 2, 1961; appeal ordered on the calendar for said term. Motion for assignment of counsel granted. Robert Cohen, Esq., 66 Court Street, Brooklyn 1, New York, is assigned as counsel to prosecute the appeal. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK EDWARDS, Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS GALLO, Appellant. (C) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM WILKES, Appellant.— [In each action] Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Appellant's time to perfect the appeal is enlarged to the October Term, beginning October 2, 1961; appeal ordered on the calendar for said term. Motion for assignment of counsel granted. Anthony F. Marra, Esq., 100 Centre Street, New York 13, New York, is assigned as counsel to prosecute the appeal. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED GRILLO, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the October Term, beginning October 2, 1961; appeal ordered on the calendar for said term. Motion for assignment of counsel denied. The appeal is from an order denying, without a hearing, appellant's *coram nobis* application. Appellant, therefore, either has in his possession a copy of the original papers to be used in the consideration of this appeal, or has full knowledge of the contents of such papers. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.